```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
```

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FATIMA GHAZI, et al.., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. C 08-1237 SI <br><br> STIPULATION TO EXTEND; PROPOSED ORDER |

On February 29, 2008, Plaintiffs filed the Complaint in the above entitled action, and the Court issued a scheduling order. Pursuant to the scheduling order, the parties are to file the ADR certification by May 16, 2008, file a joint case management statement by May 30, 2008, and attend a case management conference on June 6, 2008. It now appears that the case may resolve administratively; however, due to security issues in Yemen which have required the evacuation of consular employees, the administrative process is delayed. Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the dates in the Court's scheduling order as follows:.

///

---

[1] Defendants enter their appearance here for the sole purpose of this extension, and reserve the right to raise all appropriate defenses, including venue, in their responsive pleading.

STIPULATION TO EXTEND
No. C 08-1237 SI

| | | |
|---|---|---|
| 1 | Defendants' Responsive Pleading Due: | August 5, 2008 |
| 2 | ADR Certification: | August 15, 2008 |
| 3 | Case Management Statement:[2] | September 5, 2008 |
| 4 | Case Management Conference: | September 12, 2008, at 2:00 p.m. |

Dated: April 16, 2008                                   Respectfully submitted,

                                                                                        JOSEPH P. RUSSONIELLO
                                                                                        United States Attorney

                                                                                        /s/
                                                                                      MELANIE L. PROCTOR[3]
                                                                                      Assistant United States Attorney
                                                                                      Attorneys for Defendants

Dated: April 15, 2008

                                                                                        /s/
                                                                                      HAITHAM BALLOUT
                                                                                      STANELY D. RADTKE
                                                                                      Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                                                                        SUSAN ILLSTON
                                                                                       United States District Judge

---

[2] Counsel for Defendants will be on leave August 17-31.

[3] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO EXTEND
No. C 08-1237 SI                   2