1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
    FATIMA GHAZI, et al.,              )    No. C 08-1237 SI
12                                     )
                    Plaintiffs,        )
13                                     )
            v.                         )    JOINT MOTION TO BE EXEMPT FROM
14                                     )    THE FORMAL ADR PROCESS;
    UNITED STATES DEPARTMENT OF        )    PROPOSED ORDER
15  STATE, et al.,                     )
                                       )
16                  Defendants.        )
                                       )
17  _____)

18          Each of the undersigned certifies that he or she has read either the handbook entitled

19  "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20  the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21  resolution options provided by the court and private entities, and considered whether this case might

22  benefit from any of them.

23          Here, the parties agree that referral to a formal ADR process will not be beneficial because

24  this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to

25  adjudicate Plaintiffs' visa applications.  Defendants assert that the Court lacks subject matter

26  jurisdiction.  Given the substance of the action and the lack of any potential middle ground, ADR

27  will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly,

28  pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option

ADR MOTION
No. C 08-1237 SI

1  Program and that they be excused from participating in the ADR phone conference and any further

2  formal ADR process.

3  Dated: August 14, 2008                          Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney

5

6                                                  _____/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
7                                                  Attorneys for Defendants

8  Dated: August 13, 2008

9                                                  _____/s/_____
                                                   HAITHAM BALLOUT
                                                   STANELY D. RADTKE
10                                                 Attorneys for Plaintiffs

11                              **[PROPOSED] ORDER**

12         Pursuant to stipulation, IT IS SO ORDERED.

13  Date:                                          _____
                                                   SUSAN ILLSTON
14                                                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28         [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/s/) within this efiled document.

ADR MOTION
No. C 08-1237 SI                    2