JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FATIMA GHAZI, et al.., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. C 08-1237 SI <br><br> JOINT MOTION TO STAY OR CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER |

Pursuant to the modified scheduling order signed by the Court on April 16, 2008, the parties are to submit a Case Management Statement on September 5, 2008, and attend a Case Management Conference on September 12, 2008. Defendants have moved to dismiss the Complaint, and have noticed October 10, 2008 for a hearing.

///

///

///

///

///

///

///

JOINT MOTION
No. C 08-1237 SI

1  Accordingly, in order to promote efficiency, the parties move the Court to vacate the Case Management Conference pending a decision on Defendants' Motion to Dismiss. If the Court denies the motion, the parties shall submit a suggested briefing schedule for cross motions for summary judgment within thirty days of such order. Alternatively, the parties suggest continuing the Case Management Conference to October 10, 2008, to be held following the hearing on Defendants' Motion to Dismiss.

Dated: September 4, 2008                Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        _____/s/_____
                                        MELANIE L. PROCTOR[1]
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: September 4, 2008

                                        _____/s/_____
                                        HAITHAM BALLOUT
                                        STANELY D. RADTKE
                                        Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby VACATED.

Date: _____                   _____
                                        SUSAN ILLSTON
                                        United States District Judge

**[ALTERNATIVE PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby continued to October 10, 2008, at 9:00 a.m. The parties shall file a Joint Case Management Statement no later than October 3, 2008.

                                        Wm. Alsup
Date: 9/8/08                            _____
                                        SUSAN ILLSTON
                                        United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION
No. C 08-1237 SI                        2