IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA GHAZI, *et al.*, | No. C 08-1237 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| UNITED STATES DEP'T OF STATE, *et al.*, | |
| Defendants. | |

This action is dismissed for lack of subject matter jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 7, 2008

SUSAN ILLSTON
United States District Judge